UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIAM PICARD, ET AL

VERSUS

KIRK KEY INTERLOCK CO., LLC, ET AL

CIVIL ACTION

NO. 07-763-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen Riedlinger dated January 29, 2008. Defendant, Siemens Energy & Automation, has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this case will be remanded to state court for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, February 27, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA